*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 28, 2016                516940
_____

In the Matter of JESSIE J.
    BARNES,
                        Appellant,

        v
                                        MEMORANDUM AND ORDER

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision, et al.,
                        Respondents.
_____

Calendar Date:  December 15, 2015

Before:  McCarthy, J.P., Egan Jr., Lynch and Clark, JJ.

                    _____


        Jessie J. Barnes, Malone, appellant pro se.

                    _____


Lynch, J.

        Appeal from a judgment of the Supreme Court (Feldstein,
J.), entered April 23, 2013 in Franklin County, which, among
other things, in a proceeding pursuant to CPLR article 78,
dismissed the petition.

        In an attempt to challenge the denial of a grievance as
well as various deprivation orders issued during 2010, 2011 and
2012 against special housing unit inmates in Upstate Correctional
Facility, petitioner filed, under the same index number, a
petition pursuant to CPLR article 78, a complaint seeking, among
other things, preliminary injunctive relief against enforcement
of the deprivation orders and a notice of motion seeking an order
that the action be maintained as a class action pursuant to CPLR
901.  Supreme Court, sua sponte, denied the request for
injunctive relief and class status, and dismissed the petition

and complaint without prejudice on the ground that the statements in the pleadings were not sufficiently particularized. This appeal ensued.

We affirm. CPLR 3013 provides that "[s]tatements in a pleading shall be sufficiently particular to give the court and parties notice of the transactions, occurrences, or series of transactions or occurrences, intended to be proved and the material elements of each cause of action." Furthermore, a "pleading shall consist of plain and concise statements" (CPLR 3014). Upon our review of the petition, we agree with Supreme Court that the petition does not meet this standard as it contains overly broad and rambling allegations challenging numerous and, at times, unspecified deprivation orders. Accordingly, the petition and complaint were properly dismissed (see Matter of Garraway v Fischer, 106 AD3d 1301, 1301 [2013], lv denied 21 NY3d 864 [2013]; Matter of Pettus v New York State Dept. of Correctional Servs., 77 AD3d 996, 996 [2010]; Matter of Escalera v State of New York, 67 AD3d 1137, 1137-1138 [2009]). We have reviewed petitioner's remaining contentions and find them to be without merit.

McCarthy, J.P., Egan Jr. and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court